Gmail                                             daniel kim <danieldkimlaw@gmail.com>

## Re: FW: New Matter: Son v. Jung Kim
1 message

**Bernard Moran** <investigatormoran@gmail.com>                    Thu, Jan 30, 2020 at 9:12 AM
To: daniel kim <danieldkimlaw@gmail.com>

Morning Daniel:
DATA MINING SEARCHES ATTACHED BELOW.
NO drivers license data shows (NO RECORDS)
NO utilities under his name (NO RECORDS)

COMP REPORT SHOW SAME INFO AS LAST TIME.
FINDERS REPORT SAME INFO AS LAST TIME.

If he knows he might be involved in litigation he might be off the radar.
To avoid being served.

You might want someone to review my reports and call family members to try to locate him.
Or put legally pressure when his family starts to call him that your looking for him.

If you have any vehicle information and a plate number I can run the plate # and vehicles sightings report.
The report will show where the vehicle is being parked at night or drive by everyday.
If you have the plate of vin of any cars he drives or owns I can run that search.

*Bernard E. Moran*
B.E.M. Investigations Inc.
1-845-800-0864 Cell
1-845-626-4876 Office/Fax
investigatormoran@gmail.com


On Wed, Jan 29, 2020 at 11:34 AM daniel kim <danieldkimlaw@gmail.com> wrote:
> Dear Bernie,
>
> Defendant Jung Kim does not reside at the last known address. I got an email from the server that Defendant Jung Kim moved.
> The Spartan is the investigation service working with Guarantee Served and they claim it will take up to 30 days to find out if Defendant has changed the address
> in his Driver's License. I am forwarding you my email to Guarantee Served showing the driver's license number, social security number and the date of birth.
> Is there a way to find out if Jung Kim's address has been updated in his driver's license?

Please advise.

Thanks,

Daniel
**Law Offices of Daniel D. Kim**
5 Penn Plaza, 23 Fl.,
New York, NY 10001
416 E. Central Blvd., 2nd Fl.
Palisades Park, NJ 07650
(212) 849-6990
((646) 349-1732 *Fax*


---------- Forwarded message ---------
From: **Legal** <legal@served.com>
Date: Tue, Jan 28, 2020 at 9:50 AM
Subject: FW: New Matter: Son v. Jung Kim
To: danieldkimlaw@gmail.com <danieldkimlaw@gmail.com>


Are we to serve at his last known address or are we to just do the search?


**From:** GSS <info@served.com>
**Sent:** Monday, January 27, 2020 5:33 PM
**To:** Legal <legal@served.com>
**Subject:** FW: New Matter: Son v. Jung Kim


**From:** daniel kim [mailto:danieldkimlaw@gmail.com]
**Sent:** Monday, January 27, 2020 5:32 PM
**To:** GSS <info@served.com>
**Subject:** Re: New Matter: Son v. Jung Kim


Dear Guaranteed Served,

Attached hereto, please find Summons and Complaint. Please serve Summons and

Complaint to Defendant Jung Kim.

His last known address is 40 Hickory St., Englewood **Ciiffs, NJ 07632.**


Additionally, please conduct DMV search. Defendant Jung Kim's driver's license number is

K44084220004741

His date of birth is 4███████

His social security number is:████████

The reason I am asking you to do the DMV search is to confirm Defendant Kim's current address.

If you have any questions, please feel free to call me at my cell (201) 741-1114.

Since this is NJ case, please direct all your correspondence to our NJ office as shown below or via email.

Thank you.

Daniel Kim

**Law Offices of Daniel D. Kim**

5 Penn Plaza, 23 Fl.,

New York, NY 10001

416 E. Central Blvd., 2nd Fl.

Palisades Park, NJ 07650

(212) 849-6990

((646) 349-1732 *Fax*

---

Total Control Panel                                                                 Login

To: info@served.com          Message Score: 20                    High (60):

From: danieldkimlaw@gmail.com    My Spam Blocking Level: Custom   Medium (75):

                                                                  Low (90):

                              Block this sender                   Custom (99):

                              Block gmail.com

*This message was delivered because the content filter score did not exceed your filter level.*

This email and any attachments transmitted with it are intended for official use only by the person or entity to which they are addressed and may contain information from Guaranteed Subpoena Service, Inc. that is privileged, confidential and exempt from disclosure under applicable law. If you are not the intended recipient, you are hereby notified that any disclosure, dissemination, distribution or copying of this e-mail and any attachment(s) is strictly prohibited. No representation is made on the accuracy or completeness of the information contained in this electronic message. If you have received this transmission in error, please notify the sender by return email and permanently delete the original and any copy of this message, its attachments, and backups or printouts thereof.

**5 attachments**

**IMG_1661 (1).jpg**
60K



IMG_1662 (1).jpg
51K

Advanced Person Search Plus - JUNG KIM.pdf
10K

JUNG B KIM - Finder Report - 2020-01-30.pdf
75K

JUNG B KIM - Comprehensive Report - 2020-01-30.pdf
409K