| AO 440 (Rev. 06/12) Summons in a Civil Action | RETURN OF SERVICE |
|---|---|
| SERVICE OF: **SUMMONS AND COMPLAINT, EXHIBITS, PRAYER FOR RELIEF**<br>EFFECTED (1) BY ME: **BLAKE DUVA**<br>TITLE: **PROCESS SERVER** | DATE: 8/12/2020 4:02:32 PM |

CHECK ONE BOX BELOW TO INDICATE APPROPRIATE METHOD OF SERVICE:

[ ] Served personally upon the defendant

JUNG KIM

Place where served:

32 WILKINSON WAY   PRINCETON  NJ  08540

[X] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left:

MIKE KIM

Relationship to defendant    **BROTHER**

Description of Person Accepting Service:

SEX: M   AGE: 21-35   HEIGHT: 5'4"-5'8"   WEIGHT: 131-160 LBS.   SKIN: ASIAN   HAIR: BLACK   OTHER: GLASSES

[X] To the best of my knowledge, said person was not engaged in the U.S. Military at the time of service

## STATEMENT OF SERVER

TRAVEL $ _____.____        SERVICES $ _____.____        TOTAL $ _____.____

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Return of Service and Statement of Server is true and correct.

DATE: 8 / 18 / 2020           _____ L.S.

SIGNATURE OF BLAKE DUVA
GUARANTEED SUBPOENA SERVICE, INC.
2009 MORRIS AVENUE
UNION, NJ 07083

ROSEMARY RAMOS  8/18/20
NOTARY PUBLIC OF NEW JERSEY
My Commission Expires Sept. 25, 2023

ATTORNEY: DANIEL D. KIM, ESQ.
PLAINTIFF: HYEONIL SON
DEFENDANT: JUNG KIM
VENUE: DISTRICT
DOCKET: 2 19 CV 21411 WJM MF
COMMENT: